1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division

4  KATHRYN R. HAUN (DCBN 484131)
       Assistant United States Attorney
5  450 Golden Gate Avenue
   San Francisco, California 94102
6  Telephone: (415) 436-6740
   E-Mail: Kathryn.Haun@usdoj.gov
7
   Attorneys for the United States
8

**FILED**

AUG 1 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12
13
14  UNITED STATES OF AMERICA,         )  Criminal No. CR 10-0544 JSW
                                      )
15        Plaintiff,                  )
                                      )
16     v.                             )  [PROPOSED] ORDER AND STIPULATION
                                      )  CONTINUING DETENTION HEARING
                                      )  FROM AUGUST 13, 2010 TO AUGUST 24,
17  DONTE QUINN,                      )  2010
                                      )
18        Defendant.                  )
                                      )
19

20     The parties appeared before the Honorable Elizabeth D. Laporte on August 11, 2010.
On the motion of the parties, the Court found and held as follows:
21
       1. The detention hearing had been set within the timeframe specified under the Federal
22
Rules of Criminal Procedure in which to conduct a detention hearing, i.e. for August 13, 2010.
23
At the parties' August 11, 2010 appearance, however, defense counsel noted that the August 13,
24
2010 date was not conducive to his schedule or effective preparation due to travel and therefore
25
requested the August 13, 2010 be continued. Government counsel was unavailable the entirety
26
of the following week due to a professional conference, and defense counsel represented that the
27
28
[PROPOSED] ORDER AND
STIPULATION CONTINUING DETENTION HEARING          **Chambers Copy -- Do Not E-File**

extra time would be beneficial to his own preparation. The parties therefore jointly moved to continue the detention hearing to August 23, 2010, and the Court ordered the detention hearing for August 23, 2010. The parties requested an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation of counsel and continuity of counsel, which the Court ordered.

The parties hereby jointly request the August 23, 2010 hearing be continued until August 24, 2010 at 9:30 a.m. in order to accommodate government counsel's schedule and in order to allow additional time for preparation by defendant's counsel.

2. Given these circumstances, and with the consent of the defendant, the Court finds that good cause exists for continuing the detention hearing from August 23, 2010 to August 24, 2010. Accordingly, and with the consent of the defendant, the Court hereby orders that the detention hearing in this matter is set for August 24, 2010 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: August 13, 2010

/s/
DONALD BERGERSON
Counsel for Defendant

DATED: August 13, 2010

/s/
KATHRYN R. HAUN
Assistant United States Attorney

IT IS SO ORDERED.

DATED: Aug 13, 2010

THE HON. ELIZABETH D. LAPORTE
United States Magistrate Court Judge

[PROPOSED] ORDER AND
STIPULATION CONTINUING DETENTION HEARING
2