DONALD THOMAS BERGERSON
CSB No. 91263
15 Boardman Place, Suite 2D
San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 920-9288

Attorney for Defendant,
DONTE QUINN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) No. 3:10-0544-JSW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) FURTHER PROCEEDINGS RE: |
| DONTE QUINN, | ) REVOCATION OF DETENTION |
| Defendant. | ) ORDER; ~~PROPOSED~~ ORDER |
| | ) CONTINUING HEARING |
| | ) Speedy Trial Act Implications: None |

The parties stipulate:

Due to unavoidable delays in installing a dedicated telephone line so that Quinn can be electronically monitored at the Union City address selected for his residence upon pretrial release, as well as other delays in the setting up of pretrial release arrangements, it would be premature to hold further proceedings in this case on the currently-set date of August 26, 2010, and the parties therefore stipulate to continue the matter until August 31, 2010 at 9:30 a.m. before Hon. E. Laporte, Magistrate-Judge of this Court. There are no Speedy Trial Act

Stip. to Continue Follow-Up Detention Hearing

implications resulting from this continuance.

DATED: August 25, 2010

Respectfully Submitted:

//s// Kathryn Haun
_____
K. HAUN, AUSA


//s// Donald Bergerson
_____
D. BERGERSON, Attorney for QUINN


### ~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING AND A STIPULATION HAVING BEEN REACHED BETWEEN THE PARTIES, the hearing on detention currently set for August 26, 2010 at 9:30 a.m. in Courtroom E Before the Hon. Elizabeth Laporte, Magistrate-Judge, is continued to August 31, 2010 at the same time, Courtroom and before the same Magistrate-Judge.

IT IS SO ORDERED.

DATED: August 25., 2010

_____
UNITED STATES MAGISTRATE-JUDGE

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

### PROOF OF SERVICE

This document was served via the Court's electronic filing system on August 25, 2010.

DATED: August 25, 2010       //s// Donald Bergerson
_____
DONALD THOMAS BERGERSON

Stip. to Continue Follow-Up Detention Hearing