MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
    Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6740
E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> DONTE QUINN ) <br> _____ ) | Criminal No.: CR 10-0544 JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 9, 2010, TO OCTOBER 21, 2010 |

    The parties appeared before the Honorable Jeffrey S. White on September 9, 2010. On the motion of defendant, with no objection from the government, the Court found and held as follows:

    1. An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from SEPTEMBER 9, 2010, TO OCTOBER 21, 2010, in light of the need for effective preparation of the case by defendant's counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from SEPTEMBER 9, 2010, TO OCTOBER 21, 2010, outweigh the best

[PROPOSED] ORDER EXCLUDING TIME
CR 10-0544 JSW

interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from SEPTEMBER 9, 2010, TO OCTOBER 21, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: September 10, 2010

/s/
KATHRYN R. HAUN
Assistant U.S. Attorney

/s/
DONALD BERGERSON
Counsel for Defendant

IT IS SO ORDERED.

DATED: September 13, 2010

THE HON. JEFFREY S. WHITE
United States District Court

[PROPOSED] ORDER EXCLUDING TIME
CR 10-0544 JSW                    2